IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL PIZZUTI,

    Petitioner

v.

WARDEN JUAN BALTAZAR,

    Respondent

3:14-CV-00956

(JUDGE MARIANI)

## ORDER

AND NOW, ON THIS 15th DAY OF JANUARY, 2015, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

/s/ Robert D. Mariani
United States District Judge